UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unicolors Inc,<br><br>       Plaintiff<br><br>vs.<br><br>Colon Manufacturing Inc et al,<br><br>       Defendant. | CASE NO.: 2:13-cv-05726-SVW-E<br><br>JUDGMENT<br><br><br><br>JS - 6 |

Pursuant to plaintiff's Notice of Acceptance of Judgment [22] and Federal Rule of Civil Procedure 68(a), judgment is hereby entered against defendant Going Out, Inc. in the amount of $1,000, together with costs accrued through December 19, 2013.

Pursuant to the Court's Order of January 28, 2014 granting plaintiff's application for default judgment [27], judgment is hereby entered against defendant Colon Manufacturing, Inc. in the amount of $32,618.50.

DATE: February 20, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE